Argued December 19, affirmed December 29, 1975

IN THE MATTER OF EGGLESTON, ROBERT JOHN, JR.,
A CHILD.

STATE EX REL JUVENILE DEPARTMENT OF
LANE COUNTY, *Respondent, v.* EGGLESTON
(No. 10,020, CA 4557), *Appellant.*

543 P2d 313

*Henry G. Campbell, Jr.,* Eugene, argued the cause and filed the brief for appellant.

*David L. Slader,* Child Advocacy Project, Metropolitan Public Defender, Portland, argued the cause and filed the brief for respondent child. Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem, joined in the brief for respondent child.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

PER CURIAM.

AFFIRMED. *State ex rel Juv. Dept. v. Zinzer,* 20 Or App 688, 533 P2d 355 (1975).